UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LeANTHONY T. WINSTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | 1:23-cv-01166-GSA-PC<br><br>**ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE**<br><br>**(ECF No. 1.)**<br><br>**ORDER FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT ON COURT'S FORM BEARING HIS SIGNATURE <u>ON OR BEFORE SEPTEMBER 15, 2023</u>**<br><br>**ORDER FOR CLERK TO SEND § 1983 FORM COMPLAINT TO PLAINTIFF** |

    LeAnthony T. Winston is a federal prisoner proceeding *pro se* with this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  On August 4, 2023, Plaintiff filed an unsigned civil complaint.  (ECF No. 1.)  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Complaint, filed on August 4, 2023, is STRICKEN from the record for lack of signature;

    2.    The Clerk's Office shall send Plaintiff a form § 1983 complaint;

3. On or before September 15, 2023, Plaintiff is required to file an amended complaint on the Court's form bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **August 8, 2023**                    **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE